| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwell, Robert B | 2. Court or Organization<br><br>U.S. District Court of S.C. | 3. Date of Report<br><br>5/1/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | Harwell Farms and Investment, Inc. |
| 2. Officer/Director | Harwell Properties, Inc. |
| 3. Officer/Director | Harwell Development Co., Inc. |
| 4. Trustee | Trust #1 |
| 5. Custodian | Custodial Account #1 |
| 6. Custodian | Custodian Account #2 |
| 7. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/9/04 | Ballenger, Barth & Hoefer, LLP- My law partners and I have agreed that I will be paid 25% of the contingent fees generated on specifically |
| 2. | designated files existing at the time of my departure (June 25, 2004) for my interest in my former law practice |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/1/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | US District Court | $ 150,620 |
| 2. | 2005 | Ballenger, Barth & Hoefer, LLP (per agreement for interest in lawfirm-SeePart II | $ 166,326 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SC Trial Lawyers Association | Aug 4-7, 2005, Hilton Head Island, SC; attended SC Trial Lawyers Assoc. Convention (lodging) |
| 2. | SC Defense Trial Lawyer's Association | Nov. 3-5, 2005, Pinehurst, NC; attended SC Defense Trial Lawyers Association meeting (lodging) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/1/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Reliance | /PCDG, LLC/note & mtg./ limited liability | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harwell, Robert B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab/Sweep Acct | C | Interest | M | T | | | | | |
| 2. Common WB | B | Dividend | K | T | | | | | |
| 3. Common WFC | A | Dividend | J | T | | | | | |
| 4. Common ALV (X) | A | Dividend | J | T | | | | | |
| 5. Common R&H (X) | A | Dividend | J | T | | | | | |
| 6. Common TSFG | B | Dividend | L | T | | | | | |
| 7. Wachovia Accts | A | Interest | J | T | | | | | See additional note (1) |
| 8. BB&T Accts | E | Interest | O | T | | | | | |
| 9. First Reliance Accts | D | Interest | N | T | | | | | |
| 10. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | | None | K | U | | | | | |
| 11. Harwell Properties, Inc 12 1/2% 12/31/04 compiled $21M | A | Distribution | K | U | | | | | |
| 12. Harwell Devel Co.,Inc. 12 1/2% compiled 12/31/04 $52M | F | Distribution | L | U | | | | | |
| 13. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |
| 14. Charles Schwab IRA #1 | B | Dividend | M | T | | | | | |
| 15. -Cash Fund | | None | | | | | | | |
| 16. -DFA Intl Small Co Port | | None | | | | | | | |
| 17. -DFA Value III Port | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DFA Large Cap Intl Port | | None | | | | | | | |
| 19. -DFA Large Cap Value III Port | | None | | | | | | | |
| 20. -DFA US Large Co Instl Index Port | | None | | | | | | | |
| 21. -DFA US Small Cap Port | | None | | | | | | | |
| 22. -DFA US Small Cap Value | | None | | | | | | | |
| 23. Charles Schwab IRA#2 | C | Dividend | N | T | | | | | |
| 24. -Cash Fund | | None | | | | | | | |
| 25. -DFA Intl Small Co Port | | None | | | | | | | |
| 26. -DFA Intl Value III Port | | None | | | | | | | |
| 27. -DFA Large Cp Intl Port | | None | | | | | | | |
| 28. -DFA Large Cap Value III | | None | | | | | | | |
| 29. -DFA US Lg Co. Inst Index Port | | None | | | | | | | |
| 30. -DFA US Small Cap Port | | None | | | | | | | |
| 31. -DFA US Small Cap Value | | | | | | | | | |
| 32. Charles Schwab IRA#3 | A | Dividend | K | T | | | | | |
| 33. -Cash fund | | | | | | | | | |
| 34. -DFA US Small Cap Port | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #1 | C | Dividend | M | T | | | | | |
| 36. -BB&T Corp | | | | | | | | | |
| 37. -Vanguard short-term treasury | | None | | | | | | | |
| 38. Richland County Zero 8/1/05 | | None | L | T | matured | 8/1 | | | Zero Bond |
| 39. Berkeley Co SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 40. Clemson University, SC Zero 5/1/10 | B | Interest | L | T | | | | | |
| 41. Peidmont Mun. Power Zero 1/1/08 | A | Interest | J | T | | | | | |
| 42. Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | | | | | |
| 43. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 44. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 45. Piedmont Mun Power Zero 1/1/15 | C | Interest | L | T | | | | | |
| 46. Richland Co SC Zero 8/1/09 | B | Interest | L | T | | | | | |
| 47. Richland Co SC Zero 8/1/07 | A | Interest | J | T | | | | | |
| 48. SC Zero 7/1/12 | C | Interest | L | T | | | | | |
| 49. Three Rivers Solid Zero 1/1/09 | A | Interest | K | T | | | | | |
| 50. Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |
| 51. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |
| 53. DFA Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 54. Rental Prop N Myrtle Beach,SC (2003,$238,600) | E | Rent | M | R | | | | | |
| 55. Rental Propety #2 Snowshoe, WVa (2003 $175,000) | E | Rent | M | R | | | | | |
| 56. David W.Harwell &Sons Prop (Cherry Grove, SC) 49% ($243,000 | | None | M | U | | | | | |
| 57. on 2004 tax return) | | | | | | | | | |
| 58. College Fund #1 | A | Dividend | K | T | | | | | |
| 59. -College Bound Fund | | None | | | | | | | |
| 60. -Bank of America Strategic Growth | | | | | | | | | |
| 61. -Mid Cap Brown Port Class A | | None | | | | | | | |
| 62. -Small Co Port Class A | | | | | | | | | |
| 63. -Bond Port Class | | | | | | | | | |
| 64. College Fund #2 | A | Dividend | K | T | | | | | |
| 65. -College Bound Fund | | None | | | | | | | |
| 66. -Bank of America Strategic Growth | | | | | | | | | |
| 67. -Small Co Port Class A | | | | | | | | | |
| 68. -Bond Port Class | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/1/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Mid Cap Growth Port Class A | | | | | | | | | |
| 70. ▒▒▒▒▒Farms, Florence, SC (1999 $125,000) | | None | M | R | Sell timber | 12/31 | J | A | Southern Land & Timber Cor |
| 71. Custodial Account#1"X" | A | Dividend | J | T | | | | | |
| 72. -Common TSFG | | | | | | | | | |
| 73. Custodial Acct#2 "(X)" | A | Dividend | J | T | | | | | |
| 74. -Common TSFG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harwell, Robert B | 5/1/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Inadvertently omitted in listing of assets in previous year's reporting.

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/1/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date___May 1, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544